# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. 6:97-cr-141-Orl-22DAB

**CALVIN D. COLLINS**

_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Petition for Violation of Supervised Release (Doc. No. 178) filed on June 23, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 5, 2009 (Doc. No. 181) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Petition for Violation of Supervised Release (Doc. No. 178) is hereby **GRANTED**. The Petition is hereby **DISMISSED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2009.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Pro Se Party
Magistrate Judge
United States Marshals Service

United States Probation Office
United States Pretrial Services